CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
Mark Potter, Esq. SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385
(888) 422-5191 fax
mark@potterhandy.com
Attorneys for Plaintiff

SANJAY BANSAL (SBN: 251563)
sbansal@kdvlaw.com
ROBERT W. LOFTON (SBN: 201795)
rlofton@kdvlaw.com
KAUFMAN DOLOWICH & VOLUCK, LLP
11755 Wilshire Boulevard, Suite 2400
Los Angeles, California 90025
Telephone: (310)775-6511
Facsimile: (310)525-9720
Attorneys for Defendant
SA Recycling, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESTRADA,<br><br>　　　　Plaintiff,<br>　　v.<br><br>SA RECYCLING, LLC, a Delaware Limited Liability Company; and Does 1-10,<br><br>　　　　Defendants, | Case: 2:16-CV-02813-RSWL-KS<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1)** |

1

# **STIPULATION**

Pursuant to F.R.CIV.P.41(a)(1), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: November 03, 2016     CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
Phyl Grace
Attorneys for Plaintiff

Dated: November 03, 2016     KAUFMAN DOLOWICH & VOLUCK, LLP

By: /s/ Robert E. Lofton
Sanjay Bansal
Robert W. Lofton
Attorneys for Defendant
SA Recycling, LLC

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Robert W. Lofton, counsel for SA Recycling, LLC, and that I have obtained Mr. Lofton's authorization to affix his electronic signature to this document.

Dated: November 03, 2016    CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
  Phyl Grace
  Attorneys for Plaintiff